FILED
CLERK, U.S. DISTRICT COURT

April 21, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERNIE GONZALEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MONTGOMERY, Warden,<br><br>　　　　Respondent. | No. CV 14-1755-JVS (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.[1]

///

///

---

[1] The Court believes that the word "admissible" at page 23, line 18 should be "inadmissible," and adopts this change.

IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

Dated: April 21, 2015

_____
JAMES V. SELNA
United States District Judge