JS-6/ENTER




UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERNIE GONZAELZ,<br><br>    Petitioner,<br><br>    v.<br><br>MONTGOMERY, Warden,<br><br>    Respondent. | No. CV 14-1755-JVS (DFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: April 21, 2015

_____
JAMES V. SELNA
United States District Judge